October 7th.

---

JACKSON, ex dem. BUSH, *vs.* THE PHŒNIX BANK.

Where a party stipulates to try a cause at the *next* circuit, and there be not sufficient time regularly to notice the cause for trial at the circuit *immediately* succeeding, the stipulation will be considered as applying to the *second* circuit.

MOTION for judgment as in case of nonsuit after stipulation. It appeared that there was not sufficient time after the stipulation, regularly to notice the cause for trial at the circuit immediately thereafter.

October 7th.

*By the Court*, SUTHERLAND, J. Under the circumstances of this case, the plaintiff ought not to be nonsuited for not trying his cause ; the stipulation must be considered as applying to the next circuit for which notice of trial could regularly be given.

Motion denied.